# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2015 MAY 26  PM 3:46

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN PAUL HALLINAN,<br><br>　　　　　　　　Defendant. | CASE NO. 12CR0934-CAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　upon the Mandate and Order from the US Court of Appeals, the Judgment and Commitment is hereby vacated.

____　the Court has dismissed the case for unnecessary delay; or

__X__　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Marijuana

---

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 26, 2015

　　(NUNC PRO TUNC 5/8/15)

Cathy Ann Bencivengo
U.S. District Judge